Filed 9/30/25  P. v. Wadsworth CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE, | 2d Crim. No. B343065 |
| | (Super. Ct. No. 24CJCF03983) |
| Plaintiff and Respondent, | (Los Angeles County) |
| v. | |
| JOCKAINE LAMONTE WADSWORTH, | |
| Defendant and Appellant. | |

Jockaine Lamonte Wadsworth pled no contest to second degree murder (Pen. Code, [1] § 187, subd. (a)), admitted he used a firearm in committing the crime (§ 12022.5, subd. (a)), and a prior serious felony conviction (§§ 667, 1170.12).  The trial court sentenced him to 30 years to life.  We affirm.

## FACTS

A woman whom Wadsworth was dating was found dead from a gunshot wound in her apartment.  Cameras on the

_____

[1] All statutory references are to the Penal Code.

apartment building showed Wadsworth entering the apartment building and leaving with a shotgun. He got into the victim's car and drove away. The shotgun was later found in the trunk of the car.

Wadsworth appeals the sentences.

We appointed counsel to represent Wadsworth in this appeal. After examining the record, he filed a brief raising no issues.

On July 22, 2025, we advised Wadsworth by mail that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal. We received no reply.

We have reviewed the entire record and are satisfied that Wadsworth's attorney has fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P. J.

We concur:


YEGAN, J.


BALTODANO, J.


2

Renee F. Korn, Judge

Superior Court County of Los Angeles

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.